IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM TIPTON, et al. | : | CIVIL ACTION |
| v. | : | |
| VIAQUEST BEHAVIORAL HEALTH OF PENNSYLVANIA, LLC, et al. | : | NO. 10-3573 |

ORDER

AND NOW, this 23rd day of December, 2010, upon consideration of defendants Centre County Base Service Unit and Center County Children and Youth Services' Motion to Dismiss (Docket No. 10) and the opposition thereto, and defendant Community Care Behavioral Health Organization's Motion to Dismiss (Docket No. 15), and the opposition thereto, and for the reasons stated in a memorandum of today's date, IT IS HEREBY ORDERED that said motions are GRANTED. The moving defendants are DISMISSED from this action.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.